SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendant
COUNTY of CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIN PETERSON, | No. C 08 5174 WHA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| v. | |
| CITY OF WALNUT CREEK, et al., , | F.R.Civ.P. 41(a)(2) |
| Defendants. | |

The parties have arrived at a mutually agreeable resolution of this action, and hereby stipulate and request the action as against defendant Contra Costa County be dismissed with prejudice, the parties to this stipulation to bear their own attorney fees, costs, and litigation expenses of every kind, pursuant to F.R.Civ.P. 41(a)(2).

(Stipulation and signatures on following page.)

STIPULATION AND ORDER TO DISMISS – No. C 08-5174 WHA

1

SO STIPULATED:

DATE: June 19, 2009

SILVANO B. MARCHESI
COUNTY COUNSEL

By: /s/ Bernard Knapp
Bernard Knapp
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

DATE:

LAW OFFICES OF JOHN F. VANNUCCI

By: /s/ John F. Vannucci
John F. Vannucci
Attorneys for Plaintiff
ERIN PETERSON

SO ORDERED.

Date:    June 26, 2009

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup
William Alsup
United States District Judge

STIPULATION AND ORDER TO DISMISS – No. C 08-5174 WHA

2