JAMES R. DONAHUE, SBN 105106
MICHAEL E. MYERS, SBN 99451
REBECCA WEINSTEIN-HAMILTON, SBN 162699
CAULFIELD, DAVIES & DONAHUE, LLP
Post Office Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Defendant KENNETH GOODREAU

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ERIN PETERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WALNUT CREEK; COUNTY OF CONTRA COSTA; PAUL PETERSON individually and in his capacity as an investigator for COUNTY OF CONTRA COSTA; TONY KEELER, BRIAN VEVERA, and JOHN BARRINONTAS individually and in their capacities as police officers for CITY OF WALNUT CREEK; KENNETH GOODREAU; AND DOES 1-40, inclusive,<br><br>    Defendants. | Case No. C08-5174 BZ<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE: DISMISSAL OF COMPLAINT** |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ERIN PETERSON, and Defendants, by and through their respective counsel of record as follow:

1. The Complaint in the above-entitled action against all Defendants shall be dismissed with prejudice, each party to bear their own costs and fees.

---

1

Peterson v. City of Walnut Creek, et al
Case No. C08-5174 BZ
STIPULATION AND PROPOSED ORDER RE: DISMISSAL

2. The Court may enter an Order implementing the provisions of paragraph 1 of this stipulation.

Dated: 6-25-09

CAULFIELD, DAVIES & DONAHUE

By: _____
JAMES R. DONAHUE
Attorney for Defendant
KENNETH GOODREAU

Dated: Jun 25 2009

BERTRAND, FOX & ELLIOT

By: _____
GREGORY FOX
Attorney for Defendants
CITY OF WALNUT CREEK,
TONEY KEELER, BRYAN VEVERA,
AND JOHN BARRIENTOS

Dated:

LAW OFFICES OF JOHN F. MARTIN

By: _____
JOHN. F. MARTIN
Attorney for Defendant
PAUL PETERSON

Dated:

LAW OFFICE OF JOHN VANNUCCI

By: _____
JOHN VANUCCI
Attorney for Plaintiff,
ERIN PETERSON

Dated:

DEPUTY COUNT COUNSEL

By: _____
BERNARD KNAPP,
Attorney for Defendant
COUNTY OF CONTRA COSTA

2

Peterson v. City of Walnut Creek, et al
Case No. C08-5174 BZ
STIPULATION AND PROPOSED ORDER RE: DISMISSAL

2. The Court may enter an Order implementing the provisions of paragraph 1 of this stipulation.

Dated:

CAULFIELD, DAVIES & DONAHUE

By:_____
JAMES R. DONAHUE
Attorney for Defendant
KENNETH GOODREAU

Dated:

BERTRAND, FOX & ELLIOT

By:_____
GREGORY FOX
Attorney for Defendants
CITY OF WALNUT CREEK,
TONEY KEELER, BRYAN VEVERA,
AND JOHN BARRIENTOS

Dated: 6-25-09

LAW OFFICES OF JOHN F. MARTIN

By:_____
JOHN F. MARTIN
Attorney for Defendant
PAUL PETERSON

Dated:

LAW OFFICE OF JOHN VANNUCCI

By:_____
JOHN VANUCCI
Attorney for Plaintiff,
ERIN PETERSON

Dated:

DEPUTY COUNT COUNSEL

By:_____
BERNARD KNAPP,
Attorney for Defendant
COUNTY OF CONTRA COSTA

2

Peterson v. City of Walnut Creek, et al
Case No. C08-5174 BZ
STIPULATION AND PROPOSED ORDER RE: DISMISSAL

2. The Court may enter an Order implementing the provisions of paragraph 1 of this stipulation.

Dated: _____

CAULFIELD, DAVIES & DONAHUE

By: _____
JAMES R. DONAHUE
Attorney for Defendant
KENNETH GOODREAU

Dated: _____

BERTRAND, FOX & ELLIOT

By: _____
GREGORY FOX
Attorney for Defendants
CITY OF WALNUT CREEK,
TONEY KEELER, BRYAN VEVERA,
AND JOHN BARRIENTOS

Dated: 6-25-09

LAW OFFICES OF JOHN F. MARTIN

By: _____
JOHN F. MARTIN
Attorney for Defendant
PAUL PETERSON

Dated: 7-1-09

LAW OFFICE OF JOHN VANNUCCI

By: _____
JOHN VANUCCI
Attorney for Plaintiff,
ERIN PETERSON

Dated: _____

DEPUTY COUNT COUNSEL

By: _____
BERNARD KNAPP,
Attorney for Defendant
COUNTY OF CONTRA COSTA

---

2

Peterson v. City of Walnut Creek, et al
Case No. C08-5174 BZ
STIPULATION AND PROPOSED ORDER RE: DISMISSAL

2. The Court may enter an Order implementing the provisions of paragraph 1 of this stipulation.

| | |
|---|---|
| Dated: | Dated: |
| CAULFIELD, DAVIES & DONAHUE | LAW OFFICE OF JOHN VANNUCCI |
| By:_____<br>JAMES R. DONAHUE<br>Attorney for Defendant<br>KENNETH GOODREAU | By:_____<br>JOHN VANUCCI<br>Attorney for Plaintiff,<br>ERIN PETERSON |
| Dated:<br>BERTRAND, FOX & ELLIOT | Dated: 6/25/09<br>DEPUTY COUNTY COUNSEL |
| By:_____<br>GREGORY FOX<br>Attorney for Defendants<br>CITY OF WALNUT CREEK,<br>TONEY KEELER, BRYAN VEVERA,<br>AND JOHN BARRIENTOS | By:_____<br>BERNARD KNAPP,<br>Attorney for Defendant<br>COUNTY OF CONTRA COSTA |
| Dated:<br>LAW OFFICES OF JOHN F. MARTIN | |
| By:_____<br>JOHN. F. MARTIN<br>Attorney for Defendant<br>PAUL PETERSON | |

2

## ORDER FOR DISMISSAL

Upon the stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Complaint in the above entitled action against all Defendants, and the same is hereby, dismissed, with prejudice, each party to bear their own costs and fees.

Dated: July 13, 2009

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*